J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 502-3201

Attorneys for Plaintiff,
Warner Bros. Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>Roger Passero, an individual and d/b/a www.classic-movies-dvd.com and Does 1 through 10, inclusive,<br><br>   Defendants. | Case No. CV10 4823 RGK FMOx<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR A JURY TRIAL |

Plaintiff Warner Bros. Entertainment Inc. ("Warner Bros.") for its Complaint alleges as follows:

**A.   Jurisdiction and Venue**

1. Warner Bros. brings this action pursuant to 17 U.S.C. §§ 101, *et seq.* The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and § 1338(a).

2. The events giving rise to the claim alleged herein occurred, among other places, within this judicial district. Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

**B.   Introduction**

Warner Bros. v. Passero: Complaint                - 1 -

3. Warner Bros. produces, distributes and/or owns various creative works, including but not limited to motion pictures and television shows (the "Warner Bros. Works") that are entitled to copyright protection. Defendants, through various online venues, distribute, promote, offer for sale and sell unauthorized copies of the Warner Bros. Works (the "Unauthorized Media Product"). Warner Bros. is informed and believes and based thereon alleges that this infringement activity is systematic and willful. Warner Bros. asks that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.").

### C. **Plaintiff Warner Bros.**

4. Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5. Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

6. Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to those copyrights that are the subject of the following copyright registrations, which are attached hereto as Exhibit "A". Video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs.

7. The expression and other distinctive features of the Warner Bros. Works are wholly original with Warner Bros., its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

8. Warner Bros., or any predecessor in interest, has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the Warner Bros. Works, and Warner Bros. holds certificates of registration and/or secured exclusive licenses or assignments to reproduce, distribute and license the Warner Bros. Works throughout the United States.

9. The Warner Bros. Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Warner Bros. and those acting under its authority have complied with their obligations under the copyright laws and Warner Bros., in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive right for home video distribution in each of the Warner Bros. Works.

**D.  Defendants**

10. Defendant Roger Passero, is an individual and doing business as www.classic-movies-dvd.com ("Passero"). Plaintiff is informed and believes that Passero is a resident of Coram, in the State of New York. Plaintiff is further informed and believes Passero transacts business as www.classic-movies-dvd.com by doing business in this judicial district through offers and sales of the Unauthorized Media Product in the City and County of Los Angeles, among other places.

11. Upon information and belief, Does 1 - 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of the Court. Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or the other named defendants or other entities or individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Warner Bros. Works.

The identities of the various Does are unknown to Warner Bros. at this time. The Complaint will be amended to include the names of such individuals when identified. Passero and Does 1 – 10 are collectively referred to herein as "Defendants."

### E. Defendants' Infringing Activities

12. Defendants have copied, reproduced, distributed, advertised and/or sold and continue to copy, reproduce, distribute, advertise and/or sell unauthorized copies of motion pictures owned by Warner Bros., including, but not necessarily limited to, the Warner Bros. Works identified in paragraph 6, above. The copies sold by Defendants are obviously counterfeit. The packaging fails to conform with packaging characteristics of Warner Bros.' home video product and the discs do not contain the file structure characteristics of legitimate product. Furthermore, not all the Warner Bros. Works have been released in optical disc format.

13. Defendants have not been authorized by Warner Bros. to reproduce, distribute, sell or offer for sale any of the Warner Bros. Works.

14. By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Warner Bros.' copyrights. Warner Bros. has sustained and will continue to sustain substantial damage to the value of its creative works, specifically including the Warner Bros. Works.

### F. Warner Bros.' Damages

15. Warner Bros. is informed and believes, and upon that basis alleges, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

16. Warner Bros. is informed and believes, and upon that basis alleges, that it has suffered and continues to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of the Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Warner Bros. will require an

accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the Warner Bros. Works. In the alternative, Warner Bros. may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each Warner Bros. Work infringed.

17. Warner Bros. has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts. Warner Bros. is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Warner Bros. Accordingly, Warner Bros. seeks preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Unauthorized Media Product, including the means of production as provided by 17 U.S.C. § 503.

18. By reason of the foregoing, Warner Bros. has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims, which attorneys' fees and costs Warner Bros. is entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

**19.** Warner Bros. is without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Warner Bros. will be irreparably harmed by Defendants' deliberate and systematic infringement of its rights.

## PRAYER FOR RELIEF

WHEREFORE, Warner Bros. asks this Court to order that:

1. Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and

permanently enjoined from directly or indirectly infringing the Warner Bros. Works in any manner, including generally, but not limited to:

    a. Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Warner Bros. Works;

    b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Warner Bros. Works; or

    c. Marketing, advertising and/or promoting any unauthorized copies of the Warner Bros. Works.

2. That Warner Bros. and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

    a. All Unauthorized Media Product;

    b. Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Warner Bros. Works, or any part thereof;

    c. Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Unauthorized Media Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Warner Bros. Works, or any part thereof.

3. Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Warner Bros.' election;

4. Defendants be required to account for and pay over to Warner Bros. all damages sustained by Warner Bros. and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5. Defendants be required to pay Warner Bros. its costs of this action and reasonable attorneys' fees; and

6. Warner Bros. be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated: June 28, 2010

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Warner Bros. Entertainment Inc.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Warner Bros. Entertainment Inc. hereby demands a trial by jury of all issues so triable.

Dated: June 26, 2010

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

**EXHIBIT "A"**

**EXHIBIT "A"**
**Copyright Registrations**

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| RE 347611 | Al Capone | Warner Bros. Entertainment Inc. |
| R485026 | Above Suspicion | Warner Bros. Entertainment Inc. |
| R 570212 | The Arnelo Affair | Warner Bros. Entertainment Inc. |
| R 428500 | Castle on the Hudson | Warner Bros. Entertainment Inc. |
| R464175 | Crossroads | Warner Bros. Entertainment Inc. |
| RE 43-629 | Plymouth Adventure | Warner Bros. Entertainment Inc. |
| R 474639 | The Big Shot | Warner Bros. Entertainment Inc. |
| R207502 | Dawn Patrol | Warner Bros. Entertainment Inc. |
| RE 731524 | Day of the Evil Gun | Warner Bros. Entertainment Inc. |
| RE 189393 | Edge of the City | Warner Bros. Entertainment Inc. |
| RE 759711 | Heaven with a Gun | Warner Bros. Entertainment Inc. |
| RE 151744 | Kismet | Warner Bros. Entertainment Inc. |

1

# EXHIBIT "A"
## Copyright Registrations

| RE 10045 | No Questions Asked | Warner Bros. Entertainment Inc. |
|---|---|---|
| RE 43-629 | Plymouth Adventure | Warner Bros. Entertainment Inc. |
| RE 189382 | These Wilder Years | Warner Bros. Entertainment Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

**CV10- 4823 RGK (FMOx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

J. Andrew Coombs (SBN 123881)
J. Andrew Coombs, A P.C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., <br><br> PLAINTIFF(S) <br> v. <br> Roger Passero, an individual and d/b/a www.classic-movies-dvd.com and Does 1 through 10, inclusive <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV10 4823 RGK FMOx <br><br> SUMMONS |

TO:   DEFENDANT(S):  Roger Passero, an individual and d/b/a www.classic-movies-dvd.com

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _J. Andrew Coombs, A P.C._____, whose address is _517 E. Wilson Ave., Suite 202, Glendale, California 91206_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

   Clerk, U.S. District Court

   Dated:  JUN 29 2010        By: __CHRISTOPHER POWERS__
                                  Deputy Clerk
                                  (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Warner Bros. Entertainment Inc.

**DEFENDANTS**
Roger Passero, an individual and d/b/a www.classic-movies-dvd.com and Does 1 through 10, inclusive,

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
J. Andrew Coombs (SBN 123881) / Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Professional Corporation
517 E. Wilson Ave., Suite 202
Glendale, California 91206 / Telephone: (818) 500-3200

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement 17 U.S.C. §§ 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | | | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Accommodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV10 4823

COPY

CV-71 (07/05)      CIVIL COVER SHEET      Page 1 of 2


**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
  Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
  New York

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
  Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date  6·28·10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |